[No. 14634-1-III.    Division Three.    December 3, 1996.]

JOHN PAUL JONES, *Respondent*, v. CECELIA M. BEST, *as Representative, Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-00145-7, Robert N. Hackett, J., entered January 3, 1995. *Reversed* by unpublished opinion

per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.